# IN THE SUPREME COURT OF THE STATE OF NEVADA

JUSTIN ALEXANDER RASHAD
LARKINS,
               Appellant,

vs.

LUCY GILMORE,
               Respondent.

No. 83406

**FILED**

OCT 21 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a purported district court order terminating appellant's parental rights. Eighth Judicial District Court, Family Court Division, Clark County; Heidi Almase, Judge.

This court's review of this appeal reveals a jurisdictional defect. Appellant states in his notice of appeal that he appeals from an order terminating his parental rights, entered in district court case R-12-169268-R, and dated February of 2016. However, no order terminating parental rights appears on the district court docket sheet. The district court docket sheet also does not indicate that any petition or motion to terminate parental rights was filed. Accordingly, as appellant fails to identify an appealable order entered in the underlying district court case, this court lacks jurisdiction and

ORDERS this appeal DISMISSED.

_____, J.
Cadish

_____, J.
Pickering

_____, J.
Herndon

21-30335

cc: Hon. Heidi Almase, District Judge, Family Court Division
Justin Alexander Rashad Larkins
Clark County District Attorney
Eighth District Court Clerk